# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA

V.

RAMIRO RODRIGUEZ
(d.o.b. 8/8/67)

'09 JUL 30 P 3:25

**CRIMINAL COMPLAINT**

CASE NUMBER: 09-M-623

I, Jeffrey A. Gunther, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: beginning by August 2007 and continuing until March 19, 2009 at W2851 Lake View South, Keshena, in the State and Eastern District of Wisconsin, and other areas, **Ramiro Rodriguez,** did conspire with others to deliver and possess with the intent to deliver marijuana a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841b(1)(D).

I further state that I am a Special Agent with the United States Postal Service and this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof: X Yes ___ No

_____
Signature of Complainant
Jeffrey A. Gunther

Sworn to before me and subscribed in my presence,

7/30/09
Date

at Green Bay, Wisconsin
City and State

The Honorable James R. Sickel
United States Magistrate Judge
**Name & Title of Judicial Officer**

_____
Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Jeffrey A. Gunther, being first duly sworn, states that:

## Background

1. I am employed as a Special Agent with the United States Postal Service and have been so employed since 2003. During the time period of my employment with USPIS, I have investigated violations of controlled substances laws and money laundering laws (Title 21, United States Code, §§ 841(a)(1), 846, and Title 18, United States Code, §§ 1956 and 1957) and other related offenses.

## Basis for Information in Affidavit

2. Unless otherwise noted, the following information was obtained by your affiant, other special agents and officers of USPS, FBI, third-party witness interviews, and/or from other law enforcement officers who conducted additional investigation into the subject matter of this criminal enterprise, all of whom I believe to be truthful and reliable. To the extent that the information was obtained from confidential informants, their reliability is set forth separately herein. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding Ramiro Rodriguez d.o.b. 8/8/67.

## Facts Establishing Probable Cause

3. This affidavit was prepared in connection with an ongoing drug investigation of Ramiro Rodriguez and others known and unknown. The investigation originated with the United States Postal investigation of a suspicious package sent on March 11, 2009 from Pharr, TX 78577. The package was addressed to an individual known to law enforcement at address P.O. Box 93, Keshena, WI 54135. The package had a return address of Juan Gomez, 6812 Chris Dr.,

Pharr TX 78577. The US Priority Mail Parcel weighed approximately 7 pounds. After receiving this information, I applied for and received a federal search warrant (09-M-428) to search the above Priority Mail parcel. Upon searching the Priority Mail parcel, Ifound that it contained two separately wrapped bundles, approximately 2.6 pounds, each containing quantities of a green leafy substance field tested positive for marijuana. The bundles were wrapped in layers of heat sealed and vacuum sealed clear plastic bags hidden in layers of newspaper, commonly how controlled substances are packaged. Based on my training and experience, five pounds of marijuana is an amount possessed with the intention of resale and not personal use.

4. I am aware that the above described P.O. Box in Keshena, WI is registered to M.Z. who resides at W2851 Lake View South, Keshena, Wisconsin 54135. I have been advised by Keshena Post office officials, that M.Z. is the individual who picks up the mail from the post office box on a daily basis.

5. On March 19, 2009, I am aware that the package containing the marijuana was delivered to the Keshena post office. That afternoon, an individual I believe to be M.Z. entered the post office and took possession of the above described package. M.Z. then transported the package to a business believed to be where she worked. Later that same day, a known individual took possession of the package and took it to the residence located at W2851 Lake View South, Keshena, WI. Shortly thereafter, the individual entered the premises and a tracking device, previously installed in the package, alerted indicating that someone had entered the package. Pursuant to an anticipatory search warrant, law enforcement then entered the premises and located the individual in close proximity to the opened package containing the marijuana and placed him under arrest. The known individual also provided consent to search his residence at located in Neopit, WI. As a result of the consent search, approximately 10 ounces of marijuana

was recovered that was packaged in numerous seperate baggies each containing approximately 1/2 to one ounce quantities of marijuana. Given the amount and seperate packages, I believe that marijuana was possessed with the intention to resell.

6. I have also received information from a confidential source (CI-1) who was the intended recipient of the above described package. CI-1 identified "Ram" or "Ramiro" as the sender of the package and his source for marijuana. Based in part on information received from CI-1, I have identified Ramiro as Ramiro Rodriguez, d.o.b. 8/8/67. CI-1 stated that he met Rodriquez sometime during the summer 2007 on the Menominee Indian Reservation. Rodriquez asked CI-1 if he would sell marijuana for him. CI-1 agreed and several weeks later began selling marijuana for Rodgriquez. CI-1 received pound quantities of marijuana from Rodriguez on consignment and would pay Rodriguez for them after it was sold.

7. CI-1 stated that sometime in spring 2008, Rodriguez spoke with him about receiving packages of marijuana (on Rodriguez's behalf) that had been sent from Texas via the US mail or other delivery service. CI-1 agreed and then received several packages of marijuana through the mail on behalf of Rodriguez. CI-1 received approximately $300 for each package received as well as one pound of marijuana to sell on behalf of Rodriguez.

8. CI-1 stated that in early January 2009, he spoke with Rodriguez who stated he was in Texas and would be sending a package to CI-1 in March 2009. CI-1 stated that he and Rodriguez spoke telephonically numerous times prior to Rodriguez mailing him the above described package that was later seized by law enforcement.

9. I obtained several video surveillance photographs of an individual mailing a package from the same post office the above described package was mailed from. I believe the package depicted in the photographs is the same package that I later intercepted as there are several

distinctive and identical markings on both packages. I showed to CI-1 several of the color photographs depicting the Hispanic male sending the package. CI-1 identified that individual as "Ram" or Ramiro Rodriguez. Prior to this CI-1 identified a drivers license photograph of Ramiro Rodriguez as the individual he knows as "Ram."

10. Based upon the foregoing information, I believe the information provided by CI-1 is truthful and reliable as CI-1 has agreed to testify against Rodriguez if necessary and I have been able to corroborate in part some of his statements. I believe there is probable cause to believe that Ramiro Rodriguez conspired to deliver and possessed with the intent to distribute marijuana in violation of 21 U.S.C. § 841(a)(2), and § 841(b)(1)(D).

11. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for Rodriguez, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

RAMIRO RODRIGUEZ
(d.o.b. 8/8/67)

WARRANT FOR ARREST

CASE NUMBER: 09-M-623

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ramiro Rodriguez and bring him forthwith to the nearest magistrate to answer a complaint charging him with conspiracy to distribute and possess with the intent to deliver, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(D).

JAMES R. SICKEL
Name of Judicial Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

July 30, 2009 at Green Bay, Wisconsin
Date and Location

_[signature]_
(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __Ramiro Rodriguez (d.o.b. 8/67)__

ALIAS: _____

LAST KNOWN RESIDENCE: __Neopit, WI__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: __male__  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: **United States Attorney's Office, 205 Doty Street, Suite 302, Green Bay, Wisconsin 54301.**